# CRC-Salomon

9515 Deereco Road
Suite 200
Timonium, MD 21093

Phone: (410) 821-4888    Fax: (410) 821-4889

Job #: 090330AAW
Job Date: 03/30/2009
Order Date: 03/30/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

| | |
|---|---|
| Invoice #: | 45298 |
| Inv. Date: | 04/08/2009 |
| Balance: | $0.00 |

**Bill To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

**Action:** Seneschal
VS
AM Broadband

**Action #:**

**Rep:** Abraham Weinapple

**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Scott Lochhead | Copy | Pages | 301 | $2.45 | | $737.45 |
| 2 | Scott Lochhead | Rough Draft Diskette | Pages | 268 | $1.25 | | $335.00 |
| 3 | Scott Lochhead | Exhibits | Exhibits | 204.00 | $0.25 | | $51.00 |
| 4 | Scott Lochhead | Ascii Diskette | Disk | 1.00 | $0.00 | | $0.00 |
| 5 | Scott Lochhead | Etranscript | Disk | 1.00 | $0.00 | | $0.00 |
| 6 | Scott Lochhead | Min-U-Script | Booklet | 1.00 | $0.00 | | $0.00 |
| 7 | | Shipping & Handling | Labor | 1.00 | $25.00 | | $25.00 |

**Comments:**
Rough Draft emailed on 4/3/09 @ 9:47am.
Final Etranscript and ASCII files emailed on 4/8/09 @ 1:44pm.

Thank You For Your Business . We accept major credit cards

| | |
|---|---|
| Sub Total | $1,148.45 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $1,148.45 |
| Payment | $1,148.45 |
| **Balance Due** | $0.00 |

**Federal Tax I.D.:** 27-0196165    **Terms:** Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

**Deliver To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

## Invoice

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

Phone: (410) 821-4888
Fax: (410) 821-4889

Invoice #: 45298
Inv. Date: 04/08/2009
Balance: $0.00
Job #: 090330AAW
Job Date: 03/30/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: