# CRC-Salomon

9515 Deereco Road  
Suite 200  
Timonium, MD 21093  

Phone: (410) 821-4888    Fax: (410) 821-4889

Job #: 090327PG  
Job Date: 03/27/2009  
Order Date: 03/27/2009  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client:

## Invoice

Invoice #: 45260  
Inv.Date: 04/03/2009  
Balance: $0.00

**Bill To:**  
Charles S. Fax, Esq.  
Rifkin, Livingston, Levitan & Silver  
6305 Ivy Lane  
Suite 500  
Greenbelt, MD 20770

Action: Seneschal  
vs  
AM Broadband  
Action #:  
Rep: Paul Gasparotti  
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Michael Wilson | Copy | Pages | 213 | $2.45 | $521.85 |
| 2 | Michael Wilson | Exhibits | Exhibits | 76.00 | $0.25 | $19.00 |
| 3 | Michael Wilson | Ascii Diskette | Disk | 1.00 | $0.00 | $0.00 |
| 4 | Michael Wilson | Etranscript | Disk | 1.00 | $0.00 | $0.00 |
| 5 | Michael Wilson | Min-U-Script | Booklet | 1.00 | $0.00 | $0.00 |
| 6 | | Shipping & Handling | Labor | 1.00 | $25.00 | $25.00 |

**Comments:**  
Full sized transcript requested.  
Etranscript, ASCII & PDF Exhibit files emailed on 4/3/09 @ 10:12am.

Thank You For Your Business. We accept major credit cards

Federal Tax I.D.: 27-0196165    Terms: Due Upon Receipt

| | |
|---|---|
| Sub Total | $565.85 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $565.85 |
| Payment | $565.85 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.  
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**  
Charles S. Fax, Esq.  
Rifkin, Livingston, Levitan & Silver  
6305 Ivy Lane  
Suite 500  
Greenbelt, MD 20770

**Deliver To:**  
Charles S. Fax, Esq.  
Rifkin, Livingston, Levitan & Silver  
6305 Ivy Lane  
Suite 500  
Greenbelt, MD 20770

## Invoice

CRC-Salomon  
9515 Deereco Road  
Suite 200  
Timonium, MD 21093

Phone: (410) 821-4888  
Fax: (410) 821-4889

Invoice #: 45260  
Inv.Date: 04/03/2009  
Balance: $0.00  
Job #: 090327PG  
Job Date: 03/27/2009  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client: