# CRC-Salomon

9515 Deereco Road
Suite 200
Timonium, MD 21093

Phone: (410) 821-4888  Fax: (410) 821-4889

Job #: 090403DDJ
Job Date: 04/03/2009
Order Date: 04/03/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 45373
Inv.Date: 04/16/2009
Balance: $0.00

**Bill To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

Action: Seneschal
vs
AM Broadband
Action #:
Rep: Delcia Jones
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gad Carbajal | Original | Pages | 76 | $3.75 | $285.00 |
| 2 | Gad Carbajal | Etranscript | Disk | 1.00 | $0.00 | $0.00 |
| 3 | Gad Carbajal | Min-U-Script | Booklet | 1.00 | $0.00 | $0.00 |
| 4 | | Appearance -1/2 day | | 1.00 | $35.00 | $35.00 |
| 5 | | Shipping & Handling | Labor | 1.00 | $25.00 | $25.00 |

**Comments:**
Etranscript and PDF exhibit files emailed on 4/16/09 @ 10:05am.

Thank You For Your Business. We accept major credit cards

| | |
|---|---|
| Sub Total | $345.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$345.00** |
| Payment | $345.00 |
| **Balance Due** | **$0.00** |

Federal Tax I.D.: 27-0196165    Terms: Due Upon Receipt

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

**Deliver To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

## Invoice

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

Phone: (410) 821-4888
Fax: (410) 821-4889

Invoice #: 45373
Inv.Date: 04/16/2009
Balance: $0.00
Job #: 090403DDJ
Job Date: 04/03/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: