**From:** Sheila DeCrescenzo [sheila@jdreporting.com]
**Sent:** Tuesday, September 14, 2010 10:52 AM
**To:** Ernest Liberati
**Subject:** Invoice #92419

**James DeCrescenzo Reporting, LLC**
1880 JFK Blvd., 6th Floor
Philadelphia, PA 19103
Phone: 215.564.3905
Fax: 215.751.0581



*Invoice #92419*

CHARLES S. FAX, ESQUIRE
RIFKEN LIVINGSTON LEVITAN & SILVER, LLC
6305 IVY LANE
SUITE 500
GREENBELT, MD 20770

| Date | Terms |
|---|---|
| 04/10/2009 | Due Upon Receipt |

| Assignment | Case | File | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/01/2009 | SENESCHAL vs. AM BROADBAND | 7211 | 04/10/2009 | Federal Express |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript DEPOSITION of JAMES MATOUR, ESQUIRE** | | | |
| ASCII TRANSCRIPT | | 1.00 | $0.00 |
| CONDENSED TRANSCRIPT (13 Units) | $1.00 | 1.00 | $13.00 |
| SHIPPING AND HANDLING | $15.00 | 1.00 | $15.00 |
| SYNCH AUDIO CD WITH EXHIBITS | $85.00 | 1.00 | $85.00 |
| TRANSCRIPT COPY (57 Pages) | $2.40 | 1.00 | $136.80 |
| WORD INDEX | | 1.00 | $0.00 |
| | | | $249.80 |

| | |
|---|---|
| Amount Due: | $249.80 |
| Paid: | $249.80 |

| | |
|---|---|
| Balance Due: | $0.00 |
| Payment Due: | 05/10/2009 |

**TAX ID NUMBER 23-2260771**