# CRC-Salomon

**9515 Deereco Road**
**Suite 200**
**Timonium, MD 21093**
 Phone: **(410) 821-4888**  Fax: **(410) 821-4889**

**Job #:** 090514SSS
**Job Date:** 05/14/2009
**Order Date:** 05/14/2009
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

## Invoice

| | |
|---|---|
| **Invoice #:** | 45860 |
| **Inv.Date:** | 05/28/2009 |
| **Balance:** | $0.00 |

**Bill To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

**Action:** Seneschal
*vs*
AM Broadband
**Action #:**
**Rep:** Stephanie Sturm
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Greg Mott | Copy | Pages | 220 | $2.45 | $539.00 |
| 2 | Greg Mott | Rough Draft Diskette | Pages | 192 | $1.25 | $240.00 |
| 3 | Greg Mott | Exhibits | Exhibits | 461.00 | $0.25 | $115.25 |
| 4 | Greg Mott | Ascii Diskette | Disk | 1.00 | $0.00 | $0.00 |
| 5 | Greg Mott | Etranscript | Disk | 1.00 | $0.00 | $0.00 |
| 6 | Greg Mott | Min-U-Script | Booklet | 1.00 | $0.00 | $0.00 |
| 7 | | Shipping & Handling | Labor | 1.00 | $25.00 | $25.00 |

**Comments:**
Rough Draft emailed on 5/18/09 @ 9:27am.
Final Etranscript & ASCII files emailed on 5/28/09 @ 10:03am.

Thank You For Your Business . We accept major credit cards

| | |
|---|---|
| Sub Total | $919.25 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $919.25 |
| Payment | $919.25 |
| **Balance Due** | $0.00 |

**Federal Tax I.D.:** 27-0196165   **Terms:** Due Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

**Deliver To:**
Charles S. Fax, Esq.
Rifkin, Livingston, Levitan & Silver
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

## Invoice

**Phone:** (410) 821-4888
**Fax:** (410) 821-4889

CRC-Salomon
9515 Deereco Road
Suite 200
Timonium, MD 21093

**Invoice #:** 45860
**Inv.Date:** 05/28/2009
**Balance:** $0.00
**Job #:** 090514SSS
**Job Date:** 05/14/2009
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**