Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore, MD 21201
Phone:410- 837-3027   Fax:410-685-6361

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20573 | 4/13/2009 | 16644 |
| **Job Date** | **Case No.** ||
| 3/26/2009 | 1:08-CV-02171-AMD ||
| **Case Name** |||
| Robert G. Seneschal, et al. vs AM Broadband, LLC, et al. |||
| **Payment Terms** |||
| Due upon receipt |||

Charles S. Fax, Esquire
Rifkin, Livingston, Levitan & Silver, L.L.C.
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

For the Original Transcript of:
   Robert Seneschal     317.00 Pages @ 3.40    1,077.80
For the Original Transcript of:
   Erin C. Redline     52.00 Pages @ 3.40    176.80
      Process & Handling        17.00    17.00
      Mini/Disk with PDF ASCII Exhibits Video (if any) and Repository      20.00    20.00
      Each Additional Witness/DepoLaunch Disk        2.00    2.00
      Signed Order Form        0.00    0.00
      Rough Draft     327.00 Pages @ 1.50    490.50

**TOTAL DUE >>>**    **$1,784.10**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** 52-0845831

*Please detach bottom portion and return with payment.*

Charles S. Fax, Esquire
Rifkin, Livingston, Levitan & Silver, L.L.C.
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

Invoice No. : 20573
Invoice Date : 4/13/2009
**Total Due** : **$1,784.10**

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore, MD 21201**

Job No. : 16644
BU ID : 1-MAIN
Case No. : 1:08-CV-02171-AMD
Case Name : Robert G. Seneschal, et al. vs AM Broadband, LLC, et al.