# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore, MD 21201
Phone:410- 837-3027   Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20688 | 4/17/2009 | 16882 |
| **Job Date** | **Case No.** ||
| 4/2/2009 | 1:08-CV-02171-AMD ||
| **Case Name** |||
| Robert G. Seneschal, et al. vs AM Broadband, LLC, et al. |||
| **Payment Terms** |||
| Due upon receipt |||

Charles S. Fax, Esquire
Rifkin, Livingston, Levitan & Silver, L.L.C.
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

For the Original Transcript of:

| | | | | |
|---|---|---|---|---|
| John Dutton | 108.00 Pages | @ | 3.40 | 367.20 |
| Process & Handling - Messenger Rush | | | 42.00 | 42.00 |
| Mini/Disk with PDF ASCII Exhibits Video (if any) and Repository | | | 20.00 | 20.00 |
| Exhibits: Scan / Copy - Black & White | 58.00 Pages | @ | 0.25 | 14.50 |
| Signed Order Form | | | 0.00 | 0.00 |
| Gore Office Use Only. | | | 0.00 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$443.70** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** 52-0845831

*Please detach bottom portion and return with payment.*

Charles S. Fax, Esquire
Rifkin, Livingston, Levitan & Silver, L.L.C.
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

| | | | | |
|---|---|---|---|---|
| Job No. | : 16882 | BU ID | : 1-MAIN |
| Case No. | : 1:08-CV-02171-AMD | | |
| Case Name | : Robert G. Seneschal, et al. vs AM Broadband, LLC, et al. | | |
| Invoice No. | : 20688 | Invoice Date | : 4/17/2009 |
| **Total Due** | **: $443.70** | | |

Remit To:  **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore, MD 21201**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____