Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore, MD 21201
Phone:410- 837-3027   Fax:410-685-6361

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20876 | 4/22/2009 | 17105 |
| **Job Date** | **Case No.** | |
| 4/10/2009 | 1:08-CV-02171-AMD | |
| **Case Name** | | |
| Robert G. Seneschal, et al. vs AM Broadband, LLC, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Charles S. Fax, Esquire
Rifkin, Livingston, Levitan & Silver, L.L.C.
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

For the Original Transcript of:

| | | | | |
|---|---|---|---|---|
| Michael R. Cogan | 115.00 Pages | @ | 3.40 | 391.00 |
| Process & Handling | | | 17.00 | 17.00 |
| Mini/Disk with PDF ASCII Exhibits Video (if any) and Repository | | | 20.00 | 20.00 |
| Exhibits: Scan / Copy - Black & White | 25.00 Pages | @ | 0.25 | 6.25 |
| Signed Order Form | | | 0.00 | 0.00 |
| Rough Draft | 97.00 Pages | @ | 1.50 | 145.50 |
| **TOTAL DUE  >>>** | | | | **$579.75** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** 52-0845831

*Please detach bottom portion and return with payment.*

Charles S. Fax, Esquire
Rifkin, Livingston, Levitan & Silver, L.L.C.
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

Invoice No.    :   20876
Invoice Date   :   4/22/2009
**Total Due**      :   **$579.75**

Remit To:   **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore, MD 21201**

Job No.     :   17105
BU ID       :   1-MAIN
Case No.    :   1:08-CV-02171-AMD
Case Name   :   Robert G. Seneschal, et al. vs AM
                Broadband, LLC, et al.



| My Web | | Calendar | Activity | Transcripts | Case Repository | | Help | Log Off |

### Activity > Invoice Detail

| Job Information | | | |
|---|---|---|---|
| Job No. | 17105 | Date | 4/10/2009 |
| Case Name | Robert G. Seneschal, et al. vs AM Broadband, LLC, et al. | Case No. | 1:08-CV-02171-AMD |
| Ordering Firm | Rifkin, Livingston, Levitan & Silver, LLC | Ordering Attorney | Charles S. Fax, Esquire |
| Ordered By | Ernest Liberati | Client Matter No. | |

| Invoice Detail | | | |
|---|---|---|---|
| Invoice No. | 20876 | Date | 4/22/2009 |
| Bill To Firm | Rifkin, Livingston, Levitan & Silver, LLC | Bill To Attorney | Charles S. Fax, Esquire |
| Sold To Firm | Rifkin, Livingston, Levitan & Silver, LLC | Sold To Attorney | Charles S. Fax, Esquire |
| Amount | $ 579.75 | Balance | $ 0.00 |
| Late Charge | $ 0.00 | Finance Charge | $ 0.00 |

| Witness | Pages | Volume | Reporter | |
|---|---|---|---|---|
| Michael R. Cogan | 115 | 1 | Dwayne Harrison, 04 | |
| | Item | | | Units |
| | Original | | | |
| | Exhibits: Scan / Copy - Black & White | | | |
| | Mini/Disk with PDF ASCII Exhibits Video (if any) and Repository | | | |
| | Process & Handling | | | |
| | Rough Draft | | | |
| | Signed Order Form | | | |

| Payment History | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Payment Type | Amount | Check No. |
| Payment | 5/18/2009 | Check | $ 579.75 | 16431 |

| Files | | |
|---|---|---|
| File Name | File Type | Description |
| INV20876.pdf | Invoice | Invoice |

Copyright © 1998 ~ 2008 OMTI, Inc. All rights reserved.